420 A.2d 673

**Ann Elizabeth RUMSKY and Pearl Marie Rumsky, Appellants,**

**v.**

**Mildred Markley TATE and Jane Beverlin Tate, and any persons claiming or who might claim title under them; C. W. Thompson, Sr., and Vera Thompson, his wife, and any persons claiming or who might claim title under them; C. W. Thompson, Jr., and Cheryl E. Thompson, his wife, and any persons claiming or who might claim title under them; and any other person, persons, firms, partnerships or corporate entities who might claim any title to the premises herein described.**

Superior Court of Pennsylvania.

Argued April 14, 1980.

Filed June 20, 1980.

Joseph Colavecchi, Clearfield, for appellants.

Richard A. Bell, Clearfield, will not file a brief on behalf of Mildred Markley Tate and Jane Beverlin Tate, appellees.

Laurance B. Seaman, Clearfield, for appellees.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

PER CURIAM:

This is an appeal from an order of the lower court denying appellants' claim to an 18 acre plot in Clearfield County by adverse possession.

In *Smith v. Peterman*, 263 Pa.Super. 155, 160–61, 397 A.2d 793, 796 (1978), this court stated:

'[o]ne who claims title by adverse possession must prove that he had actual, continuous, exclusive, visible, notorious, distinct, and hostile possession of the land for twenty–one years. Each of these elements must exist, otherwise the possession will not confer title.' *Inn Le'Daerda, Inc. v. Davis*, 241 Pa.Super. 150, 158, 159, 360 A.2d 209, 213 (1976).

Here, the lower court found that appellants did not continuously possess the land for 21 years and that their use of it was not exclusive. The lower court's findings of fact are supported by the record.

Affirmed.